MARY DE LUCCIO, Respondent, v. WAGNER BAKING CORPORATION, Appellant.
— Motion for leave to appeal to the Appellate Division denied, with $10 costs.
Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ. [201
Misc. 984.]

JOSEPHINE M. DRUMMY, Respondent, v. ELI J. OXMAN, Appellant.— Motion
for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J.,
Carswell, Johnston, MacCrate and Schmidt, JJ. [See *ante,* p. 800.]

CHESTER FERLAZZO, Respondent, v. MARK SEGAL, Appellant.— Motion for
leave to appeal to the Appellate Division, for a stay pending appeal and for
other relief denied, without costs. Present — Nolan, P. J., Carswell, Johnston,
MacCrate and Schmidt, JJ.

BEATRICE S. FOSTER, Appellant, v. HUBBELL-COLIGNI CORP., Respondent.—
Motion referred to the court that rendered the decision. Present — Nolan,
P. J., Carswell, Johnston, MacCrate and Schmidt, JJ. Motion for reargument
denied, with $10 costs. Motion for leave to appeal to the Court of Appeals
denied. Present — Carswell, Acting P. J., Adel, Wenzel, MacCrate and
Schmidt, JJ. [See *ante,* p. 821.]

NORTHROP D. GEER, Doing Business under the Name of GEER BROTHERS,
Respondents, v. THREE SIX FOUR CORPORATION, Appellant.— Motion for leave
to appeal to the Appellate Division denied, with $10 costs. Present — Nolan,
P. J., Carswell, Johnston, MacCrate and Schmidt, JJ.

SALVATORE GIAMMARINO, Appellant-Respondent, v. CORNELIUS O'SHEA, Re-
spondent-Appellant.— Motion for leave to appeal to the Appellate Division
denied, without costs. Present — Nolan, P. J., Carswell, Johnston, MacCrate
and Schmidt, JJ.

SALVATORE GIUNTA, Respondent, v. PARKER, STEARNS & CO., INCORPORATED,
Defendant and Third-Party Plaintiff-Appellant. POLYMER INDUSTRIES INC.,
Third-Party Defendant-Respondent.— Motions for leave to appeal to the Court
of Appeals denied. Present — Nolan, P. J., Carswell, Johnston, MacCrate
and Schmidt, JJ. [See *ante,* p. 807.]

DORA GROSSGOLD, Appellant, v. BROOKLYN JEWISH CENTER, INC., Respondent.
— Motion for leave to appeal to the Court of Appeals denied. Present —
Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ. [See 279 App.
Div. 1025.]